# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,**

       **Plaintiff,**

                                   **Case No. 2:14-cv-2586**

   **v.**                                **JUDGE GREGORY L. FROST**

                                     **Magistrate Judge Elizabeth P. Deavers**

**CAFEPRESS INC.,**

       **Defendant.**

## ORDER

On November 4, 2015, Plaintiff's counsel informed the Magistrate Judge that the above-captioned case has settled.  Accordingly, the Court **DIRECTS** the Clerk to terminate as moot the pending motion for judgment on the pleadings.  (ECF No. 34.)  The parties shall submit their notice of dismissal or agreed dismissal order no later than December 4, 2015.

      **IT IS SO ORDERED.**

                                    _____ /s/ Gregory L. Frost
                                    GREGORY L. FROST
                                    UNITED STATES DISTRICT JUDGE